UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELLIUS JORDAN and ULVADA JORDAN,

        Plaintiffs,

- against -

SLIDENJOY, LAURENT WERY, CASTRO THOMAS, and CHARLEE JEUENHOMME,

        Defendants.

**ORDER**

19 Civ. 11868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs have filed a motion for a preliminary injunction. (Dkt. No. 51) The parties are directed to confer and propose a briefing schedule by **April 13, 2020**. A return date will be set at a later date, depending on when the United States courthouse for this district reopens."

Dated:  New York, New York
        April 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge