UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELLIUS JORDAN and ULVADA JORDAN,

                Plaintiffs,

- against -

SLIDENJOY, LAURENT WERY, CASTRO THOMAS, and CHARLEE JEUENHOMME,

                Defendants.

**ORDER**

19 Civ. 11868 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

On April 20, 2020, Defendants filed a motion to vacate the Clerk's Certificates of Default in this case. (Dkt. No. 56) Accordingly, it is hereby ORDERED that the following schedule will apply to Defendants' motion to vacate:

1. Plaintiff's opposition is due on **May 7, 2020**; and

2. Defendants' reply, if any, is due on **May 14, 2020**.

It is further ORDERED that the show cause hearing and conference in this matter, currently scheduled for May 7, 2020, are adjourned **to June 11, 2020 at 11:00 a.m.**

Dated: New York, New York
       April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge