UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELLIUS JORDAN and ULVADA JORDAN,<br><br>                      Plaintiffs,<br><br>    - against -<br><br>SLIDENJOY, LAURENT WERY, CASTRO THOMAS, and CHARLEE JEUENHOMME,<br><br>                      Defendants. | **ORDER**<br><br>19 Civ. 11868 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the preliminary injunction hearing in this matter, currently scheduled for May 12, 2020, is adjourned **to June 11, 2020 at 11:00 a.m.**

Dated: New York, New York
       May 12, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge