UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELLIUS JORDAN and ULVADA JORDAN,

                    Plaintiffs,

            - against -

SLIDENJOY, LAURENT WERY, CASTRO THOMAS, and CHARLEE JEUENHOMME,

                  Defendants.

**ORDER**

19 Civ. 11868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in today's hearing, Defendants' motion to vacate the Clerk's certificates of default (Dkt. No. 56) is granted, and Plaintiffs' application for a preliminary injunction (Dkt. No. 51) is denied. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 51, 56).

Dated: New York, New York
         July 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge