July 9, 2020

Via EM/ECF Filing

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

MEMO ENDORSED
The parties are directed to submit a joint letter with a proposed protective order, and indicating whether both parties are interested in a settlement conference referral, by July 15, 2020.
SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
July 13, 2020

RE: Plaintiff Jordan et al.'s Intention to participate in Settlement Discussions; Lack of receipt of Defendants' modifications to Protective Order
<u>Jordan et al. v. Slidenjoy et al</u>. Case No. 1:19-cv-11868 (PGG)

Dear Judge Gardephe:

Following the hearing held last week in the above case, Plaintiffs hereby indicate their interest in participating in Settlement Discussions before Magistrate Judge Moses.

Plaintiffs also hereby inform the Court that whereas Plaintiffs have provided a draft Protective Order to Defendants' counsel (as of Friday, July 3), Defendants' Counsel has still not provided their modifications to said Protective Order. The failure to enter a Protective Order at this stage is hindering Plaintiffs' ability to pursue sufficient and complete discovery. We believe discovery will be useful during Settlement Discussions.

We request the Court set a final date and/or order for the filing of a joint Protective Order by the parties.

Respectfully Yours,

/s/

Robert DeWitty.