UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELLIUS JORDAN and ULVADA JORDAN,

                    Plaintiffs,

- against -

SLIDENJOY, LAURENT WERY, CASTRO THOMAS, and CHARLEE JEUENHOMME,

                    Defendants.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

19 Civ. 11868 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [x] Specific Non-Dispositive Motion/Dispute:*
  __Dkt. Nos. 80-82_____
  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
  _____
- [ ] Settlement* — [X]
- [ ] Inquest After Default/ Damages Hearing

- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____
- [ ] Habeas Corpus
- Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____
  All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
       July 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge