UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AURELIUS JORDAN, ULVADA JORDAN,    :

                Plaintiffs,     :     **ORDER**

                   v.                            :

                                        19-CV-11868 (PGG) (KNF)

SLIDENJOY, LAURENT WERY, CASTRO    :
THOMAS, JEUNEHOMME CHARLIE,

                                      :

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a joint letter, the parties informed the assigned district judge that, "[r]egarding the Protective Order, the Parties have conferred regarding the same and have exchanged proposed drafts thereof. However, the Parties have current disagreements on the contents thereof and would like to request a conference with the Court to seek the Court's guidance regarding the Parties' differences in connection with the Protective Order." Docket Entry No. 80. Thereafter, the plaintiffs wrote a letter, with their suggested "Stipulated Protective Order" and the defendants' proposed "Stipulated Confidentiality Agreement and Protective Order," requesting a hearing "to address both Party's concerns." Docket Entry No. 81. The defendants responded, asserting "[i]t is the Defendants [sic] preference that, through and with the Court's guidance, the Parties agree to a Protective Order that will both protect the Defendants [sic] proprietary information from being used outside this matter and be compliant [sic] New York Code of Professional Responsibility Rule 1.8." Docket Entry No. 82.

      Given that the parties disagree about the content of the protective order, their requests for a conference in connection with the dispute about the protective order, Docket Entry Nos. 81 and 82, are denied. Any party wishing to make a motion for a protective order under Fed. R. Civ. P.

1

26(c), shall file such a motion, including a memorandum of law no longer than ten pages, on or before July28, 2020.  The response no longer than ten pages and reply no longer than five pages shall be filed in accordance with Local Civil Rule 6.1 of this court.

Dated: New York, New York
       July 21, 2020                    SO ORDERED:

*[signature]*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE