UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AURELLIUS JORDAN; ULVADA JORDAN,       :

               Plaintiffs,       :

                             :       ORDER

       -against-

                             :       19-CV-11868 (PGG)(KNF)

SLIDENJOY; LAURENT WERY; CASTRO
THOMAS; JEUNEHOMME CHARLEE,

                             :

             Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on February 10, 2021, at 10:30 a.m.  The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

       The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form, **except that these submissions shall be made via e-mail to:** sabrina_broussard@nysd.uscourts.gov.

       Additionally, at least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York          SO ORDERED:
       September 28, 2020

                                 Kevin Nathaniel Fox
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE