IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELLIUS JORDAN; <br> ULVADA JORDAN <br>     Plaintiffs <br>     v. <br><br> SLIDENJOY; <br> LAURENT WERY; <br> CASTRO THOMAS; <br> JEUNEHOMME CHARLEE <br>     Defendants | ) C.A. No. 1:19-cv-11868 <br> ) STIPULATION AND ORDER OF <br> )    DISMISSAL WITH PREJUDICE <br> ) <br> ) <br> ) <br> ) <br> ) Judge: Hon. Kevin N. Fox <br> ) Complaint Filed: Dec. 27, 2019 <br> ) <br> ) |

    Plaintiffs Aurellius Jordan and Ulvada Jordan (collectively "Plaintiffs") and defendants Slidenjoy, Laurent Wery, Castro Thomas, and Jeunehomme Charlee (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

    WHEREAS, Plaintiffs filed the above-captioned action against Defendants asserting infringement of U.S. Patent No. 7,283,353 (the " '353 Patent') entitled "Screen Extenders";

    WHEREAS, Defendants have asserted defenses in response to Plaintiffs allegations of infringement of the '353 Patent;

    WHEREAS Plaintiffs and Defendants have agreed to Settlement Agreement and commensurate terms set therein (Exhibit A);

IT IS HEREBY STIPULATED by and between the parties, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii):

1. All claims and assertions by Plaintiffs pertaining to the aforementioned infringement of the '353 Patent are hereby dismissed with prejudice.

2. All defenses by Defendants pertaining to the '353 Patent are hereby withdrawn.

3. Plaintiffs and Defendants, by and through their counsel of record, hereby notify the Court that the parties have agreed to settle the above-captioned matter. The parties respectfully request that the Court vacate all deadlines in this action.

DATED: November 4, 2020

DeWitty and Associates

By: _____
Robert M. DeWitty
700 PENNSYLVANIA AVENUE,
SECOND FLOOR
WASHINGTON, D.C. 20003

DATED: 10/20/2020

Schmeiser, Olsen & Watts

By: _____
Anthony L. Meola
SCHMEISER, OLSEN & WATTS
3 MANHATTTANVILLE ROAD, STE. 105
PURCHASE, NEW YORK 10577

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained by each of the other signatories.

By: _____