UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AURELLIUS JORDAN and ULVADA JORDAN,

         Plaintiffs,

     - against -                      **ORDER**

SILDENJOY, LAURENT WERY, CASTRO         19-cv-11868 (PGG)(KNF)
THOMAS, and JEUNEHOMME CHARLEE.,

         Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The settlement conference scheduled previously for February 10, 2021, at 10:30 a.m., will be held

on the same date at 2:30 p.m.  The parties are directed to call (888) 557-8511 and, thereafter, enter access

code 4862532.

Dated:  New York, New York              SO ORDERED:
        November 12, 2020

                             *Kevin Nathaniel Fox*
                             KEVIN NATHANIEL FOX
                             UNITED STATES MAGISTRATE JUDGE